Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00247-CV

## IN RE AARON'S, INC. (F.K.A. AARON RENTS, INC.)

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Delivered and Filed: April 7, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On March 24, 2010, relator filed a petition for writ of mandamus and a motion for emergency relief. The court has considered relator's petition and motion for emergency relief and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-11983, styled *Adrian De La Cruz and Roxanne Gamez v. Aaron Rents Inc., Jerry Myers, X, and Y*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.